HORACE P. STARKWEATHER, Respondent, *v.* CHARLES SUND-
STROM et al., Appellants.

Reported below, 108 App. Div. 356.
(Argued January 8, 1906; decided January 16, 1906.).

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the third judicial depart-
ment, entered November 28, 1905, affirming a judgment in
favor of plaintiff entered upon a verdict and an order deny-
ing a motion for a new trial.

The motion was made upon the ground that the appeal was
frivolous.

*A. D. Wales* for motion.

*Abram F. Servin* opposed.

Motion denied, with ten dollars costs.

---

EDWARD LA MONTAGNE, JR., et al., Appellants, *v.* THE BANK
OF NEW YORK NATIONAL BANKING ASSOCIATION, Respondent.

(Submitted January 8, 1906; decided January 16, 1906.)

Motion for re-argument denied, with ten dollars costs. (See
183 N. Y. 173.)

---

MARTHA EVANS, as Administratrix of the Estate of ELIZA J.
EVANS, Deceased, Appellant and Respondent, *v.* SOUTHERN
TIER MASONIC RELIEF ASSOCIATION, Respondent and
Appellant.

(Submitted January 8, 1906; decided January 16, 1906.)

Motion for re-argument denied, with ten dollars costs. (See
182 N. Y. 453.)